IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| The Lincoln National Life Insurance Company <br> Plaintiff <br><br> vs. <br><br> Carolyn R. Rivon, Caretha Williams <br><br> Defendant | CASE NUMBER: CV418-63 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that  The Lincoln National Life Insurance Company  has deposited with the Court the sum of $  47,226.42  under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this  12th  day of  September  , _____, by order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV033328
Cashier ID: lherb
Transaction Date: 09/12/2018
Payer Name: Lincoln Financial Group
------------------------------------------
TREASURY REGISTRY
 For: The Lincoln National Life Insu
 Case/Party: D-GAS-4-18-CV-000063-001
 Amount:         $47,226.42
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 0021177015
 Amt Tendered:  $47,226.42
------------------------------------------
Total Due:      $47,226.42
Total Tendered: $47,226.42
Change Amt:     $0.00
```