IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) ) | 4:18-cv-00063-WTM-GRS |
| v. | ) ) ) | |
| CAROLYN R. RIVON and CARETHA WILLIAMS, a/k/a Caretha Allen, | ) ) ) ) | |
| Defendants. | | |

## CONSENT ORDER DISMISSING LINCOLN

**THIS MATTER** comes before the Court upon notice from the parties that they have agreed for Plaintiff The Lincoln National Life Insurance Company ("Lincoln") to be dismissed from this interpleader action with prejudice. As evidenced by the signatures of the parties' counsel below, the parties agree and stipulate as follows:

1. On March 21, 2018, Lincoln filed this interpleader action seeking permission to deposit $42,000.00, plus any applicable interest, by check made payable to the Clerk of this Court, representing a death benefit under a Group Life Insurance Policy bearing policy number 000010190941 issued by Lincoln to United Distributors, Inc., providing insurance on the life of Marquise Demon Allen (the "Policy"). Lincoln filed this action because there

is a dispute between Carolyn R. Rivon and Caretha Williams a/k/a Caretha Allen as to who is the proper beneficiary of the death benefit under the Policy.

2. Also on March 21, 2018, Lincoln filed a Motion to Deposit Funds into the Registry of the Court. (Doc. 3.)

3. On September 4, 2018, the Court entered an Order granting Lincoln's Motion to Deposit Funds into the Registry of the Court. (Doc. 20.)

4. On September 12, 2018, Lincoln deposited $47,226.42, which constitutes the death benefit under the Policy plus applicable interest (the "Death Benefit"), into the Court's registry. This deposit is reflected in the Clerk's Certificate/Order and Receipt (Doc. 21.)

**IT IS THEREFORE ORDERED** as follows:

1. Lincoln, as a disinterested stakeholder, has fulfilled its obligations concerning the Death Benefit at issue in this case by depositing the sum of $47,226.42 into the Court's registry, as reflected on Clerk's Certificate/Order and Receipt #SAV033328 (Doc. 21.);

3. Defendants in interpleader Carolina R. Rivon and Caretha Williams, a/k/a/ Caretha Allen are permanently enjoined and restrained from instituting or prosecuting any action or proceeding against Lincoln in any state or United States court with respect to the Policy, the Death Benefit, or the payment of the Death Benefit, except by way of interpleader in this action;

4. Lincoln is discharged from any and all further liability related to the Policy, the Death Benefit, or the payment of the Death Benefit; and

5.  Lincoln is dismissed from this case with prejudice.

SO ORDERED, this 9th day of OCTOBER, 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

BRADLEY ARANT BOULT
CUMMINGS LLP

/s/ A. Michelle Canter
A. Michelle Canter
Georgia Bar No. 108097
4720 Peachtree Industrial Blvd, #106
Norcross, GA 30071
Phone: (205) 521-8650
Fax: (205) 521-8800
Email: mcanter@bradley.com

*Attorney for Plaintiff*
*The Lincoln National Life Insurance Company*

Consented to by:

KARSMAN, McKENZIE & HART

/s/ C. Dorian Britt
C. Dorian Britt
Georgia Bar No. 083259
21 West Park Avenue
Savannah, Georgia 31401
(*signed with express permission by A. Michelle Canter*)

*Attorney for Defendant*
*Carolyn R. Rivon*

ANDREWS & SANDERS LAW OFFICE

/s/ Richard A. Sanders, Jr.
Richard A. Sanders, Jr.
Georgia Bar No. 119508
327 West York Street
Savannah, Georgia 31401
(912) 236-3020
(*signed with express permission by A. Michelle Canter*)

*Attorney for Caretha Williams,*
*a/k/a Caretha Allen*