IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-063
 )
CAROLYN R. RIVON, and CARETHA )
WILLIAMS, )
 )
    Defendants. )

## O R D E R

Before the Court is the Notice of Relinquishment of Claim and Joint Stipulation of Dismissal. (Doc. 27.) In this Notice, Defendant Rivon relinquishes and dismisses all claims she has to the interpled funds that were deposited into the registry of the Court. (Id. at 1.) Defendant Williams requests that, as a result of the dismissal of Defendant Rivon's claims, the Court order the funds being held in the registry of the court be disbursed to her counsel and that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Id.)

In accordance with the agreement of the parties, the Clerk of Court is **DIRECTED** to disburse the interpleader funds to Defendant Caretha Williams' counsel. As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. As a result,

Defendant Williams' Motion to Extend Time and Motion for Summary Judgment (Doc. 23) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of August 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA