IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-063
 )
CAROLYN R. RIVON, and CARETHA )
WILLIAMS, )
 )
    Defendants. )

## O R D E R

In furtherance of its Order dated August 8, 2019 (Doc. 28), the Court **DIRECTS** the Clerk of Court to disburse the interpleader funds deposited in the registry of the Court in the amount of $47,226.42, with any accrued interest, to Defendant Caretha Williams' counsel.

SO ORDERED this 12th day of August 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA